IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES EARL CASTLE, SR. #1976856, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:15-CV-3736-L |
| TANYA S. HOBBS, | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Plaintiff James Earl Castle, Sr.'s ("Plaintiff") *pro se* Complaint, filed November 5, 2015. The case was referred to Magistrate Judge David L. Horan for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 17, 2016, recommending that the court dismiss the action without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3). No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice** for lack of subject matter jurisdiction.

**It is so ordered** this 5th day of April, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page